MARY L. SWIFT, complainant-appellee,

*v.*

ROBERT D. CRAIGHEAD, JR., individually and as executor of Mary
A. Sloan, deceased, defendant-appellant.

[Argued July 1st. 1909.   Decided November 15th, 1909.]

On appeal from an order of the court of chancery advised by
Vice-Chancellor Leaming.

*Mr. Richard V. Lindabury,* for the appellant.

*Messrs. Bleakly & Stockwell,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in
the opinion delivered in the court below by Vice-Chancellor
Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, REED, TREN-
CHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH,
VROOM, GRAY, CONGDON—12.

*For reversal*—SWAYZE, PARKER—2.